IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV51-1-MU

TERRANCE L. JAMES,       )
                         )
        Plaintiff,       )
                         )
    v.                   )      **O R D E R**
                         )
OFFICER RAY,             )
                         )
        Defendant.       )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Reconsider, filed May 3, 2005..

On February 28, 2005, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 . On April 28, 2005, this Court dismissed Plaintiff's Complaint because the record did not establish that he had fully exhausted his administrative remedies.

Plaintiff has now filed a Motion to Reconsider asserting that he had in fact fully exhausted his claim. As an initial matter , the Court notes that despite the fact that his information is dated January 18, 2005, Plaintiff did not send this exhaustion information with the exhaustion information he sent to the Court on March 16, 2005. However, even if Plaintiff had sent such information to the Court, it would not have altered this Court's conclusion that Plaintiff failed to fully exhaust his administrative remedies prior to filing his Complaint in federal court. The information sent to the Court in support of his Motion to Reconsider does not support a finding that the grievance filed by Plaintiff regarding the matters that form the basis of his Complaint had completed all three steps of

the grievance process prior to Plaintiff's filing of his Complaint in federal court.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Reconsider is **DENIED**.

**Signed: May 18, 2005**

Graham C. Mullen
Chief United States District Judge